# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CR 22

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | |
| Plaintiff ) | |
| V ) | **ORDER** |
| JEFFREY MICHAEL ROWE, ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Sean P. Devereux's Application for Admission to Practice *Pro Hac Vice* of Ronald Lawrence Frey, II. It appearing that Ronald Lawrence Frey, II is a member in good standing with the Ohio Bar and will be appearing with Sean P. Devereux, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sean P. Devereux's Application for Admission to Practice *Pro Hac Vice* (#11) of Ronald Lawrence Frey, II is **GRANTED**, and that Ronald Lawrence Frey, II is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sean P. Devereux.

Signed: July 16, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge