**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:08 CR 22**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JEFFREY MICHAEL ROWE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER has come on before the undersigned, pursuant to a motion filed by the defendant entitled "Motion to Modify Conditions the Conditions of Release" (#14). In the motion, the defendant requests that the court modify his conditions of release by ordering that the requirement that the defendant submit to a "psycho-sexual assessment" be deleted from the terms and conditions of pretrial release that were entered in this matter on June 23, 2008. The defendant has requested an expedited hearing concerning this matter because he was scheduled to have the evaluation on Monday, July 21, 2008.

**ORDER**

IT IS, THEREFORE, **ORDERED** as follows:

1.     That any psycho-sexual evaluation report that has been performed upon the defendant is hereby ordered to be **SEALED** and that it is to remain sealed pending

further hearings of the defendant's motion: and

2. That the defendant's motion is hereby set for hearing on **July 25, 2008 at 11:30** a.m. in Courtroom #2 of the United States Courthouse in Asheville, NC.

Signed: July 24, 2008

_____

Dennis L. Howell
United States Magistrate Judge