# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08CR22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JEFFREY MICHAEL ROWE. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion to Conduct Independent Analysis of Data Storage Devices. Having considered defendant's Motion to Conduct Independent Analysis of Data Storage Devices and reviewed the pleadings, as well as the government's response, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Conduct Independent Analysis of Data Storage Devices is **GRANTED,** subject to the following Protective Order:

(1) the articles of evidence shall remain in the custody of the government at all times as required by the Adam Walsh Act;

(2) such review may take place at the Asheville Police Department in

Asheville, North Carolina, or such other location and at a time as agreed upon by the parties;

(3) the defense expert shall not copy or duplicate, in whole or in part, any files or images containing contraband images; and

(4) the defense expert shall forensically wipe the data from any computer used to conduct said review prior to the removal of the computer from the Asheville Police Department.

Signed: August 18, 2008

Dennis L. Howell
United States Magistrate Judge