IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | <u>O R D E R</u> |
| | ) | |
| JEFFREY MICHAEL ROWE | ) | |

**THIS MATTER** is before the Court on Defendant's motion for reconsideration of the denial of his motion to continue the trial from the November 2008 term.

For the reasons previously stated in the Court's Order denying the motion to continue,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to reconsider is **DENIED.**

Signed: October 16, 2008

Lacy H. Thornburg
United States District Judge